UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25CR84 |
| Plaintiff, | INDICTMENT |
| v. | J. COLE |
| | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(o) |
| DEARIUS WILLIAMS, | 18 U.S.C. § 924(a)(2) |
| Defendant. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

### COUNT 1
(Possession of a Machine Gun)

On or about February 27, 2024, in the Southern District of Ohio, the defendant, **DEARIUS WILLIAMS**, did knowingly possess a machine gun, as defined in 18 U.S.C. § 921(a)(24) that is, a Glock 19, 9mm semi-automatic handgun, bearing serial number GMH990, that had been modified so that it was capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o)(1), 924(a)(2), and 2**.

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this Indictment, the defendant, **DEARIUS WILLIAMS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the commission of the offense including, but not limited to, a Glock 19, 9mm semi-automatic handgun, bearing serial number

GMH990, with any attachments, including a machine gun conversion devise, and any ammunition.

A TRUE BILL

/s/

_____
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
ASSISTANT UNITED STATES ATTORNEY